MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
SHANE G. SMITH (272630)
sgsmith@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:    (650) 815-7400
Facsimile:    (650) 815-7401

*Attorneys for Isis Pharmaceuticals, Inc.*

GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN (65316)
fbrown@gibsondunn.com
MICHAEL SITZMAN (156667)
msitzman@gibsondunn.com
TIMOTHY P. BEST (254409)
tbest@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8306

*Attorneys for Defendants Santaris
Pharma A/S Corp. and Santaris Pharma A/S*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| ISIS PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>SANTARIS PHARMA A/S CORP., a Delaware corporation, and SANTARIS PHARMA A/S, a Danish Corporation,<br><br>    Defendants and Counterclaimants. | NO.  11-CV-2214-GPC (KSC)<br><br>**JOINT MOTION TO EXTEND 45-DAY DEADLINE FOR DISCOVERY MOTIONS RELATED TO PLAINTIFF'S FIRST INTERROGATORIES (NOS. 1, 4-7) TO DEFENDANTS**<br><br>**Honorable Karen S. Crawford** |

Plaintiff, Isis Pharmaceuticals, Inc., and Defendants, Santaris Pharmaceuticals A/S Corp. and Santaris Pharma A/S (collectively, "Defendants"), respectfully and jointly move the Court to extend the forty-five day deadline for discovery motions an additional thirty days with respect to Isis's First Set of Interrogatories (Nos. 1, and 4-7)[1], served on Santaris, pursuant to Civ. L.R. 7.2. The forty-five day deadline is established pursuant to Judge Crawford's Chamber Rule V.A. Defendants served initial responses to Isis's interrogatories on October 16, 2012. The parties previously moved to jointly extend the deadline on November 28, 2012. Per the Court's Order of December 3, 2012, the current deadline for discovery motion related to Defendants' response is December 21, 2012.

Since Defendants' initial response, the parties have met and conferred regarding same. As part of those discussions, Defendants have agreed to supplement their original responses, have since supplemented some of their responses, and are working with their client on the remaining responses. The parties have been actively engaged in discovery-related negotiations and have recently filed joint motions related to same. Rather than unnecessarily file additional motions, the parties seek an additional 30-day extension so that Defendants may supplement their response.

**MCDERMOTT WILL & EMERY LLP**

DATED: December 14, 2012        By:   */s/ William G. Gaede, III*
                                       William G. Gaede, III

Attorneys for *Isis Pharmaceuticals, Inc.*

**GIBSON, DUNN & CRUTCHER LLP**

DATED: December 14, 2012        By:   */s/ Frederick Brown*
                                       Frederick Brown

Attorneys for *Santaris Pharma A/S Corp. and Santaris Pharma A/S*

---

[1] Plaintiff has temporarily withdrawn Interrogatory Nos. 2-3 following the Court-ordered, temporary partial stay issued on September 19, 2012 (Dkt. No. 54).

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Frederick Brown, counsel for Defendants, indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ William G. Gaede, III*
William G. Gaede, III