# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIS PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>  Plaintiff and Counter-Defendant,<br><br>  v.<br><br>SANTARIS PHARMA A/S CORP., a Delaware corporation, and SANTARIS PHARMA A/S, a Danish Corporation,<br><br>  Defendants and Counterclaimants. | CASE NO.  11-CV-2214 GPC (KSC)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Gonzalo P. Curiel |

This matter having come before this Court on the Joint Motion to Dismiss, the Court having reviewed the parties' motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that all claims and counterclaims in this action are dismissed with prejudice.  Each party will bear its own attorney fees and costs.

DATED March 24, 2015

_____
Hon. Gonzalo P. Curiel
United States District Court Judge